ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| UNITED STATES OF AMERICA | NO. |
|---|---|
| v. | 3-23CR0460-M |
| COREY WILSON | |

### INDICTMENT

The Grand Jury charges:

Count One
Possession of an Unregistered Machinegun
(Violation of 26 U.S.C. §§ 5841, 5845(a)(6) and (b), and 5861(d))

On or about May 30, 2023, in the Dallas Division of the Northern District of Texas, the defendant, **Corey Wilson**, did knowingly possess a firearm, to wit: a machinegun, as defined in 26 U.S.C. § 5845(a)(6) and (b), further described as six drop-in auto sears, which were not registered to him in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. §§ 5841, 5845(a)(6) and (b), and 5861(d), the penalty for which is found at 26 U.S.C. § 5871.

<u>Count Two</u>
Possession of an Unregistered Machinegun
(Violation of 26 U.S.C. §§ 5841, 5845(a)(6) and (b), and 5861(d))

On or about June 3, 2023, in the Dallas Division of the Northern District of Texas, the defendant, **Corey Wilson**, did knowingly possess a firearm, to wit: a machinegun, as defined in 26 U.S.C. § 5845(a)(6) and (b), further described as five drop-in auto sears, which were not registered to him in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. §§ 5841, 5845(a)(6) and (b), and 5861(d), the penalty for which is found at 26 U.S.C. § 5871.

<u>Forfeiture Notice</u>
(26 U.S.C. § 5872, 49 U.S.C. § 80303, and 28 U.S.C. § 2461(c))

Upon conviction for any offense alleged in Counts One and Two of this indictment and pursuant to 26 U.S.C. § 5872, 49 U.S.C. § 80303, and 28 U.S.C. § 2461(c), the defendant, **Corey Wilson**, shall forfeit to the United States of America any firearm involved or used in the commission of the respective offense. This property includes, but is not limited to, the following: twenty-six drop-in auto sears.

A TRUE BILL:

_____
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
ROBERT WITHERS
Assistant United States Attorney
Texas State Bar No. 24072758
1100 Commerce, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8805
E-mail: robert.withers@usdoj.gov

Indictment—Page 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---

THE UNITED STATES OF AMERICA

v.

COREY WILSON

---

INDICTMENT

26 U.S.C. §§ 5841, 5845(a)(6) and (b), and 5861(d)
Possession of an Unregistered Machinegun
(Count 1)

26 U.S.C. §§ 5841, 5845(a)(6) and (b), and 5861(d)
Possession of an Unregistered Machinegun
(Count 2)

26 U.S.C. § 5872, 49 U.S.C. § 80303, and 28 U.S.C. § 2461(c)
Forfeiture Notice

2 Counts

---

A true bill rendered

--------------------------------------------------------------     /s/ Loraine Seat
DALLAS                                                                              FOREPERSON

Filed in open court this 14th day of November, 2023.

--------------------------------------------------------------------------------
**Summons to Issue**

--------------------------------------------------------------------------------
UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 3:23-MJ-808-BH