AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me* on: 11/16/2023

3:23CR460

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: via text to Cortez Thomas on November 16, 2023. Receipt of summons was confirmed.

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

**FILED**
November 22, 2023
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 11/22/2023
Date

~~Name of United States Marshal~~
U.S. Probation Officer

_____
(by) Deputy United States Marshal

Remarks:

* As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.