# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Corey Wilson a/k/a Instagram user "risktakker214"<br><br>*Defendant* | )<br>)  Case No.  3:23-MJ-808-BH<br>)<br>)<br>)<br>) |

FILED-USDC-NDTX-DA
'23 NOV 17 PM 4:04

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Corey Wilson a/k/a Instagram user "risktakker214"                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

26 U.S.C. §§ 5841, 5845, and 5861(d)     Possession of an Unregistered Firearm

Date:  9/6/23

*Issuing officer's signature*

City and state:   Dallas, Texas               IRMA CARRILLO RAMIREZ, U.S. Magistrate Judge
                                              *Printed name and title*

---

**Return**

This warrant was received on *(date)* 9/6/23 , and the person was arrested on *(date)* 10/30/23
at *(city and state)*

Date: 11/1/2023

*Arresting officer's signature*

Janelle Gonzales /SA
*Printed name and title*

ATF                                                                                                  11610386