# Scott D. Kline
## CFE, SME

Phone: 940-765-1483 | ScottDKline@Gmail.com | Sumner, Texas
www.linkedin.com/in/scottdkline

**FRAUD AND FIREARMS**
Fraud Investigator with 22+ years of experience executing complex money Laundering (USA Patriot Act, Bank Secrecy Act), export compliance, and National Firearms Act (machine gun conversation devices). Developed investigative assessments and operational plans, delivered prosecutions and financial seizures. Provided Subject Matter Expertise to Criminal and Immigration Defense Attorneys

**PROFESSIONAL CERTIFICATIONS**
Certified Fraud Examiner | Association of Certified Fraud Examiners | Austin, Texas
Certified Public Accountant (retired) | Indiana State Board of Accountancy | Indianapolis, Indiana

**SUBJECT MATTER EXPERT:**   Anti-Money Laundering | Fraud Investigations | Court testimony | Training
U.S. Federal District Court, Northern District of Texas

**Consultant-Owner**                                                                September 2022-Present
**Oak Water Investigative Services, LLC, Sumner, Texas**
Senior Consultant who provides expert analysis to Defense Attorneys regarding various forms of financial fraud and firearms violations.

- Evidence analysis in identity theft and bank fraud defense preparation.
- Affidavit preparation and submission for an immigration court hearing.
- Training and evidence review in a National Firearms Arms criminal defense **regarding machine gun conversion devices.**

**Special Agent, Counter-Proliferation Project Manager (Retired)**            May 2015- September 2021
**United States Department of Homeland Security, Homeland Security Investigations, Dallas, Texas**
Served as Case Project Manager to drive operational advancement to protect America's technology and financial systems from internal and external adversaries. Focus on leveraging project management skills, communicating initiatives, building industry relationships.

- Established an undercover business platform to investigate and identify foreign nationals that **imported machine conversion devices (Glock Switches and AR-15 Lighting Links)** into the United States.
- Identified 2 high-risk, special interest countries from where the **machine gun devices** were shipped.
- **Seized 100+** in-bound shipments of machine gun conversion devices.
- **Collaborated** with The Bureau of Alcohol, Tobacco, and Firearms (ATF) regarding the international sources of machine gun parts.
- **Developed and Delivered Training** courses to Homeland Security Special Agents regarding machine gun conversion devices.
- **Guest Speaker** for Homeland Security Headquarters' personnel regarding the importation of machine gun conversion devices from special interest countries.
- Investigated a **Transnational Criminal Organization (TCO)** that stopped $150 million of contraband from entering the U.S. economy. Conspirators used web-based payment platforms to **launder proceeds**. Seized website store fronts and prosecuted multiple conspirators.
- **Project Manager** for investigation that identified 6 tier supply chain and money laundering scheme. Generated $180,000 in seizure proceeds. Extensive use of **SARs/ FinCEN** as foundation of investigation

# Scott D. Kline
## CFE, SME

Phone: 940-765-1483 | [ScottDKline@Gmail.com](ScottDKline@Gmail.com) |Sumner, Texas
[www.linkedin.com/in/scottdkline](www.linkedin.com/in/scottdkline)

**Program Manager, Undercover Operations**                                      August 2020-September 2021(retired)
**United States Department of Homeland Security, Homeland Security Investigations, Dallas, Texas**
Program Manager for a national undercover operation that required forward thinking methodologies, finance expertise and proven customer service skills.

- Management of multimillion-dollar program comprised of 5+ funding sources and one direct report.
- Compliance management that focused on adherence to governmental policy that produced issue-free audits.
- Developed and managed an undercover business platform for the purpose identifying conspirators from high-risk countries **who sold machine gun conversion devices** to American citizens.

**AREAS OF EXPERTISE**
| Financial Crimes Investigations | Money Laundering Investigations (ML) | OFAC Investigations (TF) |
| Bank Fraud | Medicare Fraud Investigations | Identity Theft and ID Fraud |

**Professional Awards:**         Valor (2018), Excellence in Public Service (2017)

**Education**         Bachelor of Science, Accounting | Manchester University | North Manchester, Indiana