**COURT - Expert Witness Testimony**

| # | Case Name | IQ # | Case # | Field Office | Case Agent | AUSA | Trial Date | # of Exhibits | Type of Evidence |
|---|---|---|---|---|---|---|---|---|---|
| 1 | KIMMEL | 303665 | 2015-278-EEE | Reno, NV | ALLEN, David | Rachow, Megan | 12/15/2015 | 3 | G-P, N-WMFSG, N-WMFSG |
| 2 | LAFLEUR | 304832 | 2016-306-EEE | Miami, FL | HORN, Michael | Daniel Cervantes | 8/8/2016 | 1 | AOW - Pistol with forward grip |
| 3 | COFFELL | 304555 | 2016-187-EEE | Panama City, FL | HANNAH, Whit | Michael Frank | 8/22/2016 | 1 | Sil - home made |
| 4 | INFANTE-SOTO | 305883 | 2017-267-EEE | San Juan, PR | BURGOS, Jose | Marc Chattah | 8/9/2017 | 1 | MG - Glock Switch |
| 5 | STANARD | 305544 | 2017-076-EEE | Seattle, WA | COLLIER, Michael | Joshua Ferrintino | 1/8/2018 | 1 | Sil - home made. bought as solvent trap kit * |
| 6 | ARNOLD | 304728 | 2016-258-EEE | Dothan, AL | THOMPSON, S. | Susan Redman | 3/26/2018 | 1 | WMFR-Volunteer Enterprises, Commando Mk III |
| 7 | MCCLELLAND | 305357 | 2016-559-EEE | Sioux Falls, SD | MCELROY, Elizabe | Connie Larson | 5/22/2018 | 2 | MG and MG Conv. Dev. - UZI types |
| 8 | WRIGHT | 309209 | 2018-589-EEE | Toledo, OH | Noon/Bennett | Noah Hood | 10/1/2018 | 1 | SBR |
| 9 | BILLS | 311006 | 2019-495-EEE | Elkins, WV | Worthy, Steve | Denae DeMasi | 5/8/2019 | 1 | F/A: HiPoint C9, pistol |
| 10 | GRAFF | 308692 | 2018-403-EEE | Raleigh, NC | Anderson, Michael | Banu Rangarajan | 6/6/2019 | 8 | DD, AOW, MGs |
| 11 | ANDUJO | 310039 | 2019-108-EEE | Los Angeles, CA | Catanzano, Ryan | Patrick | 9/10/19 | 2 | Silencers |
| 12 | MCKINNEY | 314728 | 2020-597-EXP | Tulsa, OK | WILLIAMS, Brett | Mark Morgan | 6/21/21 | 1 | Silencer |
| 13 | HERNANDEZ-MARIN | 310748 | 2019-378-EEE | San Juan, PR | FAJARDO, Jose | R. "Vance" Eaton | 7/7/21 | 1 | MG (AK type) |
| 14 | D.MillsMurder-BAKER | 317266 | 2021-642-EXP | Lexington, KY | TREMAINE, Todd | Jenna Reed | 8/10/21 | 1 | ID from Photos and Videos |
| 15 | WARNER, Chas. | 321052 | 2022-761-EXP | Albuquerque, NM | WOZNIAK, Austin | Jayme Roybal | 6/27/22 | 67 | Frames/Receivers:1911, P35, AR10, BREN Ten |
| 16 | LEWIS, Mark | 321268 | 2022-820-EEE | Las Vegas, NV | WU, Judy | Dan Cowhig | 7/14/22 | 1 | 1911 type PMF |
| 17 | SPEED, Hatchet | 321100 | 2022-772-EEE | Alexandria, VA | Steven Letteney | Tommy Traxler | 12/12/22 | 3 | HIT silencers (marketed as solvent traps) |
| 18 | SPEED, Hatchet | 321100 | 2022-772-EEE | Alexandria, VA | Steven Letteney | Tommy Traxler | 1/17/23 | 3 | HIT silencers (marketed as solvent traps) * |
| 19 | RYAN, Wesley | 325696 | D23-023-EEE | Tyler, TX | Craig Redden | Lucas Machicek | 4/10/23 | 2 | SBS and WMFS |
| 20 | DERKES, | 311157 | 2019-563-CJT | Puerto Rico | Ortiz, Fred TFO | Joseph Russell | 5/9/2023 | 1 | MG: Glock with Switch |
| 21 | | | | | | | | | |

**KEY:**

| | |
|---|---|
| **G** = GCA | **SBS** = Short bbl Shotgun |
| **N** = NFA | **WMFSG** = Weapon Made fm Shotgun |
| **F/A** = firearm | **SBR** = Short bbl Rifle |
| **P** = Pistol | **WMFR** - Weapon Made fm Rifle |
| **R** = Rifle | **AOW** = Any Other Weapon |
| **S** = Shotgun | **MG** = Machinegun |
| **Ant** = Antique | **Sil** = Silencer |
| **Am** = Ammo | **DD** = Destructive Device |