IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | NO. 3:23-CR-460-M |
| COREY WILSON | |

## DEFENDANT'S EXHIBIT LIST[1]

| No. | Description | Offered | Admitted |
|---|---|---|---|
| 1 | Image Results "ar auto sear drop in links made of" – Google Search | | |
| 2 | Image Results "What kind of metal are swift links made of" – Google Search | | |
| 3 | Index Card Auto Sear _ AR-15 Full Auto (Build Instructions in Comments) | | |
| 4 | AI Overview "what kind of metal are swift links made of" – Google Search | | |
| 5 | AR-15 Drop-in Conversions Chart | | |
| 6 | Photo of M16 Bolt Carrier | | |
| 7 | DHgate.com Swift Link Type 2 | | |
| 8 | Demystifying AR-15 Swift Links_ A Comprehensive Guide - VitoWhiper Solvent Traps | | |
| 9 | How to Change AR-15 From Semi-auto to Full Auto with Swift Link_ - VitoWhiper Solvent Traps | | |
| 10 | Pictures from an ATF Report Provided in Discovery | | |
| 11 | Chart: Results of ATF Test Firing on December 27, 2023 | | |
| 12 | Screenshot of 60 Round Capacity AR-15 Magazine on Sale at Cabella's | | |
| 13 | Picture of Linesman Pliers | | |

---

[1] There are exhibits included on this list that fall more neatly under the category of a "demonstrative" than evidence. Those things have been included on this exhibit list for ease of reference during the trial as well as to ensure the government has time review it in advance of their use at trial.

| No. | Description | Offered | Admitted |
|---|---|---|---|
| 14 | Pictures of Kick Flashing (aluminum used on roofing) in Various States | | |
| 15 | Picture of Plastic Bag with Approx. 32 Strips of Flashing | | |
| 16 | Plastic Bag with Approx. 32 Strips of Flashing | | |
| 17 | Pictures of Aluminum Foil in Various State | | |
| 18 | Pieces of Aluminum Foil in Bag | | |
| 19 | Reserved | | |
| 20 | Picture of Pieces of Metal | | |
| 21 | ATF Intelligence-Bulletin-21-01-swift-link | | |
| 22 | Picture of Automatic BCM Safety Selector Ambi-Auto-3 70430.1571675824 | | |
| 23 | Reserved | | |
| 24 | Reserved | | |
| 25 | Investigator/SME Scott Kline's Report | | |
| 26 | Reserved | | |
| 27 | Reserved | | |
| 28 | Reserved | | |
| 29 | Reserved | | |
| 30 | Reserved | | |
| 31 | Reserved | | |
| 32 | Reserved | | |
| 33 | Reserved | | |
| 34 | Reserved | | |

Respectfully submitted,

/s/ *Dan Gividen*
DAN GIVIDEN
Attorney for Defendant
Texas Bar No. 24075434
18208 Preston Rd. D9-284
Dallas, Texas 75252

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served on the U.S. District Court and counsel for the government in accordance with the Federal Rules of Criminal Procedure on February 3, 2025.

                                      /s/ *Dan Gividen*
                                      DAN GIVIDEN
                                      Attorney for Defendant