IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | CASE NO. 3:23-CR-460-M |
|---|---|
| v. | |
| COREY WILSON | |

## GOVERNMENT'S EXHIBIT LIST

| Number | Item Description | Bates Number | Offered | Admitted |
|---|---|---|---|---|
| 1 | Photograph of Device (ATF Ex. 000001) | 541-542 | | |
| 2 | Photograph of Device (ATF Ex. 000002) | 544-545 | | |
| 3 | Photograph of Device (ATF Ex. 000003) | 547-548 | | |
| 4 | Photograph of Device (ATF Ex. 000004) | 550-551 | | |
| 5 | Photograph of Device (ATF Ex. 000005) | 553-554 | | |
| 6 | Photograph of Device (ATF Ex. 000006) | 556-557 | | |
| 7 | Photograph of Device (ATF Ex. 000007) | 559-560 | | |
| 8 | Photograph of Device (ATF Ex. 000008) | 562-563 | | |
| 9 | Photograph of Device (ATF Ex. 000009) | 565-566 | | |
| 10 | Photograph of Device (ATF Ex. 000010) | 568-569 | | |
| 11 | Photograph of Device (ATF Ex. 000011) | 571-572 | | |
| 12 | Photograph of Device (ATF Ex. 000012) | 574-575 | | |
| 13 | Photograph of Device (ATF Ex. 000013) | 577-578 | | |
| 14 | Photograph of Device (ATF Ex. 000014) | 580-581 | | |

| 15 | Photograph of Device (ATF Ex. 000015) | 583-584 | | |
|---|---|---|---|---|
| 16 | Photograph of Device (ATF Ex. 000016) | 586-587 | | |
| 17 | Photograph of Device (ATF Ex. 000017) | 589-590 | | |
| 18 | Photograph of Device (ATF Ex. 000018) | 592-593 | | |
| 19 | Photograph of Device (ATF Ex. 000019) | 595-596 | | |
| 20 | Photograph of Device (ATF Ex. 000020) | 598-599 | | |
| 21 | Photograph of Device (ATF Ex. 000021) | 601-602 | | |
| 22 | Photograph of Device (ATF Ex. 000022) | 604-605 | | |
| 23 | Photograph of Device (ATF Ex. 000023) | 607-606 | | |
| 24 | Photograph of Device (ATF Ex. 000024) | 610-611 | | |
| 25 | Photograph of Device (ATF Ex. 000025) | 613-614 | | |
| 26 | Photograph of Device (ATF Ex. 000026) | 616-617 | | |
| 27 | Video of May 30, 2023 purchase of Devices | IHR_03 | | |
| 28 | Video of June 6, 2023 purchase of Devices | IHR_08 | | |
| 29 | Instagram messages between defendant and undercover agent | 28 | | |
| 30 | Story from Instagram Page | 324 | | |
| 31 | Video from Instagram Page | 325 | | |
| 32 | Video from Instagram Page | 326 | | |
| 33 | Test Fire Exhibit 1 – Video 1 | 517 | | |
| 34 | Test Fire Exhibit 1 – Video 2 | 518 | | |
| 35 | Test Fire Exhibit 1 – Video 3 | 519 | | |
| 36 | Test Fire Exhibit 1 – Video 4 | 520 | | |
| 37 | Test Fire Exhibit 1 – Video 5 | 521 | | |
| 38 | Test Fire Exhibit 1 – Video 6 | 522 | | |
| 39 | Test Fire Exhibit 7 – Video 1 | 523 | | |
| 40 | Test Fire Exhibit 7 – Video 2 | 524 | | |
| 41 | Test Fire Exhibit 7 – Video 3 | 525 | | |

| 42 | Test Fire Exhibit 7 - Video 4 | 526 | | |
|----|-------------------------------|-----|--|--|
| 43 | Test Fire Exhibit 7 – Video 5 | 527 | | |
| 44 | Eisenbise June 27, 2023 Determination Report | 1-7 | | |
| 45 | Eisenbise December 4, 2023 Test Fire Report | 508-516 | | |
| 46 | NFA Search Results | 639 | | |
| 47 | Reserved | | | |
| 48 | Reserved | | | |
| 49 | Reserved | | | |
| 50 | Reserved | | | |

Respectfully submitted,

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

*s/ Robert Withers*
ROBERT WITHERS
Assistant United States Attorney
Texas Bar No. 24072758
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8805
Email: Robert.Withers@usdoj.gov