IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | NO. 3:23-CR-460-M |
| COREY WILSON | |

DEFENDANT'S AMENDED EXHIBIT LIST

| No. | Description | Offered | Admitted |
|---|---|---|---|
| 1 | Image Results "ar auto sear drop in links made of" – Google Search | Yes | Yes |
| 2 | Image Results "What kind of metal are swift links made of" – Google Search | Yes | Yes |
| 3 | Index Card Auto Sear _ AR-15 Full Auto (Build Instructions in Comments) | Yes | Yes |
| 4 | AI Overview "what kind of metal are swift links made of" – Google Search | Yes | Yes |
| 5 | AR-15 Drop-in Conversions Chart | Yes | Yes |
| 6 | Photo of M16 Bolt Carrier | Yes | Yes |
| 7 | DHgate.com Swift Link Type 2 | Yes | Yes |
| 8 | Demystifying AR-15 Swift Links_ A Comprehensive Guide - VitoWhiper Solvent Traps | Yes | Yes |
| 9 | How to Change AR-15 From Semi-auto to Full Auto with Swift Link_ - VitoWhiper Solvent Traps | Yes | Yes |
| 10 | Pictures from an ATF Report Provided in Discovery | Yes | Yes |
| 11 | Chart: Results of ATF Test Firing on December 27, 2023[1] | Yes | Yes |
| 12 | Screenshot of 60 Round Capacity AR-15 Magazine on Sale at Cabella's | Yes | Yes |
| 13 | Picture of Linesman Pliers | Yes | Yes |

---

[1] The testimony of FEO Eisenbise indicated that there was no difference in the magazines used, and therefore, the final column of the chart at Def.'s Ex. 11 should not be taken to mean she there was a difference in the magazine used.

1

| No. | Description | Offered | Admitted |
|---|---|---|---|
| 14 | Pictures of Kick Flashing (aluminum used on roofing) in Various States | Yes | Yes |
| 15 | Picture of Plastic Bag with Approx. 32 Strips of Flashing | Yes | Yes |
| 16 | Plastic Bag with Approx. 32 Strips of Flashing | No | No |
| 17 | Pictures of Aluminum Foil in Various State | Yes | Yes |
| 18 | Pieces of Aluminum Foil in Bag | No | No |
| 19 | Reserved | N/A | N/A |
| 20 | Picture of Pieces of Metal | No | No |
| 21 | ATF Intelligence-Bulletin-21-01-swift-link | Yes | Yes |
| 22 | Picture of Automatic BCM Safety Selector Ambi-Auto-3 70430.1571675824 | No | No |
| 23 | *Still Shot from Gov. Ex. 31* | Yes | Yes |
| 24 | *Still Shot from Gov. Ex. 32* | Yes | Yes |
| 25 | Investigator/SME Scott Kline's Report | Yes | Yes |
| 26 | *Still Shot from Gov. Ex. 31 & 32, and 2 Instagrams Videos Provided in Discovery* | Yes | Yes |
| 27 | Reserved | | |
| 28 | *Still Shot from YouTube Video "The Famous Swift Link for an AR-15" & Links to the Video* | Yes | Yes |
| 29 | *Machinegun Conversion Devices – Fact Sheet (ATF)* | Yes | Yes |
| 30 | *ATF 80% Examples* | Yes | Yes |
| 31 | Unbent silver strip of aluminum flashing | Yes | Yes |
| 32 | Bent silver strip of aluminum flashing | Yes | Yes |

Respectfully submitted,

 /s/ *Dan Gividen*
DAN GIVIDEN
Attorney for Defendant
Texas Bar No. 24075434
18208 Preston Rd. D9-284
Dallas, Texas 75252

CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing was served on the U.S. District Court and counsel for the government in accordance with the Federal Rules of Criminal Procedure on February 13, 2025.

                                        /s/ *Dan Gividen*
                                        DAN GIVIDEN
                                        Attorney for Defendant