**TRANSCRIPT ORDER FORM (DKT-13)** - <span style="color:red">READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING</span>

District Court: Northern District of Texas   District Court Docket No. 3:23-CR-460-M

Short Case Title: USA v. Corey Wilson

**ONLY ONE COURT REPORTER PER FORM** Court Reporter: Deborah Kriegshauser

Date Notice of Appeal Filed in the District Court: 8/6/2025   Court of Appeals No. 25-10889

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐ No hearings ☐ Transcript is unnecessary for appeal purposes ☐ Transcript is already on file in the Clerk's Office

**OR**

**Check all of the following that apply, include date of the proceeding.**

This is to order a transcript of the following proceedings: ☐ Bail Hearing _____ ☐ Voir Dire _____

☒ Opening Statement of Plaintiff 2/10/2025   ☒ Opening Statement of Defendant 2/10/2025
☒ Closing Argument of Plaintiff 2/10/2025   ☒ Closing Argument of Defendant: 2/10/2025
☒ Opinion of court 3/27/2025   ☐ Jury Instructions _____   ☒ Sentencing 7/17/2025

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 2/10/2025 | Entire Bench Trial | Judge Lynn |
| 3/27/2025 | Court Reads Findings of Fact & Conclusions of Law | Judge Lynn |
| 7/17/2025 | Sentencing | Judge Lynn |
| | | |

<span style="color:red">**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**</span>

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**

☐ Private Funds;   ☒ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐ Other IFP Funds;   ☐ Advance Payment Waived by Reporter;   ☐ U.S. Government Funds

☐ Other_____

Signature: /s/Dan Gividen   Date Transcript Ordered: 8/18/2025

Print Name: Dan Gividen   Phone: 801-458-7965

Counsel for: Corey Wilson

Address: 18208 Preston Rd. D9-284, Dallas, TX 75252

Email of Attorney: dan@gividenlaw.com

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| | | | |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Awaiting creation of CJA 24 eVoucher

☐ Other (Specify) _____

Date _____ Signature of Reporter _____ Tel._____

Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____   Actual Number of Volumes _____

Date _____ Signature of Reporter _____